IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-06-703 |
| | § | C.A. No. C-08-322 |
| | § | |
| LANCE MOORE, | § | |
|     Defendant/Movant. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending before the Court is the United States' motion for extension, filed December 3, 2008, which seeks additional time to respond to Defendant's § 2255 motion. (D.E. 38.) The motion (D.E. 38) is GRANTED. The government shall file its response not later than January 5, 2009. The response shall include a response to Moore's December 4, 2008 filing, titled as a "Brief/Memorandum" in support of his § 2255 motion.

Defendant shall file any reply not later than 30 days after service of the response.

It is so ORDERED this 9th day of December, 2008.

_____
Janis Graham Jack
United States District Judge